Stuart A. Shanus (SBN 188046)
sshanus@reedsmith.com
Dominique H. Pietz (SBN 260716)
dpietz@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA  90067-6078
Telephone:  +1 310 734 5200
Facsimile:   +1 310 734 5299

Attorneys for Defendants
Warner Music Group Corp.
(erroneously sued as "Warner Music Group")
and Universal Music Group, Inc.
(erroneously sued as "Universal Music Group")

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VMG SALSOUL LLC, a Delaware limited liability company,<br><br>        Plaintiffs,<br><br>    vs.<br><br>KYLE MINOGUE, an individual; CVI CROSSTOWN MUSIC CVI, LLC, a Delaware limited liability company; UNIVERSAL MUSIC GROUP, a Delaware corporation; CAPITOL-EMI MUSIC, INC., a Delaware corporation; WARNER MUSIC GROUP, a Delaware corporation; CHRISTIAN KARLSSON, an individual; PONTUS WINNBERG, an individual; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 13-cv-07411-SJO-SH<br><br>**ORDER APPROVING STIPULATED PROTECTIVE ORDER**<br><br>Honorable Stephen J. Hillman |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Having considered the Stipulated Protective Order submitted by the parties on or about February 27, 2014, and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulated Protective Order is approved and shall govern the production and disclosure of confidential documents and information in this action.

DATED: March 3, 2014

_____
Honorable Stephen J. Hillman
Judge of the United States District Court